GUICE & ROSENDALE VS. A. J. BOWDEN.

GUNBY, J. Section 2, of Act 27 of 1879, which ordered courts to non-suit physicians who could not produce their tax licenses, was unconstitutional. The courts must be open to all suitors.

2. All previous laws on the subject of licenses and the methods of collecting them, were repealed by the Act approved January 4th, 1882, entitled "An Act to levy, collect and enforce the payment of a license tax." Plaintiffs, who are diplomaed physicians, are entitled to sue and recover for their professional services, notwithstanding their failure to pay their license tax for the current year.

HERMAN BLOCH VS. PATRICK MATHIS.

MAYO, J. Where the vendee of a house and lot, who is sued for a balance of the purchase price, sets up that the house extended five or six feet beyond the lot purchased by him, and asks for the rescission of the sale on account of error of fact, and plaintiff shows that he purchased the portion of the adjoining lot over which the building extended, and tendered the title thereto to defendant, held: That the defendant showed no cause either to rescind the sale or recover damages. He could not refuse to take the title tendered.

JAMES WARREN VS. J. W. WOMBLE, SHERIFF.

MAYO, J. Where an injunction is sued out against a sheriff's sale by a party alleging that he is the owner of the property, and he fails to allege that the sheriff has seized his property, but simply states that the sheriff has pretended to seize same, the suit will be dismissed for want of certainty and precision in the allegations.

J. W. HAMBLIN VS. J. W. WOMBLE, TAX COLECTOR.

CLINTON, J. A case will not be remanded because a part of the note of evidence has been lost, when it is apparent to the court that the lost evidence would be of no material importance in the decision of the cause.

2. Where property of the tax debtor is sold for taxes, part of which are assessed against property which does not belong to him, the sale will be annulled.

3. A tax sale is an entirety, which cannot be partly valid and partly invalid. It must stand or fall as a whole.

4. Where property is sold for taxes not owed by the owner thereof, he may sue to annul without tendering back the purchase price.